FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

WATKINS 43455
(Last Name) (Identification Number)

PARTILLIO LINNEAUS
(First Name) (Middle Name)

HINDS COUNTY DETENTION CENTER
(Institution)

1450 COUNTY FARM Rd. RAYMOND, MS. 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 27 2017
ARTHUR JOHNSTON
BY DEPUTY

V. CIVIL ACTION NUMBER: 3:17cv511-CWR-LRA
(to be completed by the Court)

Hinds County Board of Supervisors
Hinds County, Hinds County Sheriff: Victor Mason,
WARDEN MARY Rushing, Corrections Deputy:
Steve HEAVYWEIGHT, Deputy Sheriff: Samantha Thomas, other John and Jane Does
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: PARTILLIO LINNEAUS WATKINS Prisoner Number: 43455

Address: 1450 County Farm Road, Raymond, Ms. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Hinds County Board of Supervisors is employed as Supervisors of Hinds County at Hinds County Detention Center/City of Jackson/Raymond

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Partillio Watkins | 1450 County Farm Rd., Raymond, Ms. 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Hinds County Board of Supervisors | P.O. Box 686 Jackson, Ms. 39205 |
| Hinds County | P.O. Box 686 Jackson, Ms, 39205 |
| Hinds County Sheriff: Victor Mason | 407 E. Pascagoula st. Jackson, Ms. 39201 |
| WARDEN Mary Rushing | 1450 County Farm Rd. Raymond, Ms. 39154 |

# PARTIES

DEFENDANT(S):

| NAME: | ADDRESS: |
| --- | --- |
| Sergeant Samantha Thomas | 1450 County Farm Road<br>Raymond, Ms. 39154 |
| Steve Heavyweight | 1450 County Farm Road<br>Raymond, Ms. 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________________

4. Name of judge to whom case was assigned:________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________

CASE NUMBER 2.

1. Parties to the action:________________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________________

4. Name of judge to whom case was assigned:________________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)______________________________

24. Plaintiff also seek punitive damages in the amount of $ 50,000 against defendants Thomas and Heavyweight jointly and severally

25. Plaintiff also seek a jury trial on all issues triable by jury,

26. Plaintiff also seek recovery of his costs in this suit, and

27. Any additional relief this court deems just, proper, and equitable.

Dated: June 18, 2017

Respectfully submitted,

Partillio Watkins
1450 County Farm Rd.
Raymond, Ms. 39154

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of pejury that the foregoing is true and correct.

Executed at Raymond, Mississippi on June 18, 2017

[signature]
PARTILLIO WATKINS

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

1. On or about the 11TH day of June, 2016, I was transported to the Hinds County Detention Center, prior to an arrest, I was then placed in a holding Cell in the (Booking area), before entering the cell, the strong scent of urine hit me in the face, the floor was covered with dirt & grit, and the toilet & sink area was unsanitized, as it looked like it had not been cleaned for ~~Since~~ quite a while, the toilet would not flush, as it had food, paper, and urine in the bowl part of it; the water was not working, neither hot nor cold; I remained there for one (1) week. 2. On or about the 18TH day of June

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Declaration

Preliminary & Permanent injunction

Compensatory damages

Punitive damages

Signed this 18 day of June, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of plaintiff

CONTINUED FROM STATEMENT OF CLAIM

2016, I was then transferred to Unit A-3, Cell - 5116, In my assigned Cell there were working water either hot nor cold as it remains to be no running water

3. I have asked several staff members including Supervisory staff to put in work orders to cause it to be running water in my Cell, I was said several times that such orders has been placed, but the orders has yet to be executed

4. Also, there is a large amount of black mold present throughout the entire establishment, the unit I reside in has a large amount of black mold in ~~to~~ multiple areas within it, in both showers in the ~~ceiling~~ ceiling area, inside a four (4) ~~Mane~~ man cell in the unit, underneath the catwalk of the top tier.

5. Furthermore, there is no ventilation at all in Unit-A-3, as the covers of the vents are covered with lint & dirt, and the black mold alone is hazardous to anyones health

6. When it comes to the fire exits, there are none, they are welded shut, along with no sprinklers, no fire drills executed, and no evac. plan in case of a fire or as the case may be

7. Also, there is no outdoors recreation afforded at all, based on information and belief, there has not been any outside recreation afforded since the year of 2015, to exercise and/or to get fresh air;

8. On or about the 5th day of August, 2016, I was subject to use of excessive force while compling to orders, a shake-down was

executed in Unit-A-3 on said date, Sergeant Samantha Thomas Tazered me for eight (8) to ten (10) seconds, she then pulled me off the bunk and Corrections deputy Steve Heavyweight then repeatedly hit me in the back, with a large heavy duty, black in color flashlight, he then hit me in my head with the same flashlight, causing it to bleed, because Mr. Heavyweight actions bust my head

9. Soon after Mr. Heavyweight finished, Sgt. Samantha Thomas Tazered me again, this time under the bottom of my feet for maybe eight (8) seconds, One time she stated: "fuck all you murdering Motherfuckers, I will beat all y'all's ~~asses~~ ass's"; not one us or not all inmates are guilty of our alleged charges

10. The Sheriff of Hinds County Mr. Victor Mason Himself was present during the shake-down and misconduct of his staff and officers, Mr. Mason encourages his staff and officers to beat on the inhabitants of the Jail, Mr. Mason has stated: "Take them from out in front of the camera and do what you need to do to them," he has also stated: I will blow this Motherfucker up with y'all in it this is my jail (Mason inc.)"

11. The Warden: Mary Rushing learned of the physical abuse of the staff, Officers and/or agents and failed to do anything to fix the situation, there is a pattern of misuse of force at the establishment.

12. Plaintiff Watkins used the inmate grievance available at the Hinds County Detention Center, for a six (6) Month period to try and solve the problems as a whole, yet I was never given a response.

## LEGAL CLAIMS

13. Plaintiff reallege and incorporate by reference paragraphs 1-13.

14. Defendant Board of Supervisors, Warden Mary Rushing, Sheriff: Victor Mason, and Hinds County, are the supervisory respondant insofar as the maintain the overall procedures of the Hinds County Detention Center and the barbaric Conditions of Confinement described herein above, poses a severe health issue in the future, with staff Causing and continue to cause plaintiff to be subject to said Conditions Creates an atmosphere of deliberate indifference to the inhabitants thereof health and/or Safety, and Constitutes a Fifth (5Th), and the (Due process Clause) of the Fourteenth (14Th) Amendment to the United States Constitution.

15. Defendants Samantha Thomas and Steve Heavyweight, used excessive force against Plaintiff Watkins by tazering him and striking him repeatedly Causing him to bleed, when plaintiff was compling and not breaking any jail rules, thus, done ~~Malious~~ malicous and sadisticly. Defendants actions Violated Plaintiff's rights under the Fifth (5Th) and the (Due Process Clause) of the Fourteenth (14Th) Amendant to the United States Constitution. Causing Plaintiff Watkins pain, suffering, physical and emotional injuries

16. Defendant Mason Witnessed, and failed to correct that misconduct, and encouraging the ~~misconduct~~ continuation of the misconduct, Causing Plaintiff Watkins pain, suffering, physical and emotional injuries and it creates an atmosphere of deliberate indifference to the inhabotants thereof rights, thus, Violating Plaintiff's rights and Constitutes a Fifth (5) and the (Due Process Clause) of the Fourteenth (14Th) Amendment to the United States Constitution

17. Plaintiff Watkins has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will

Continue to be irreparably injured by the barbaric Conditions of Confinement and Use of force Misconduct of the defendants unless the Court grants the declaratory and injunctive relief which plaintiffs seeks.

## PRAYER FOR RELIEF

18. Granting Plaintiff Watkins a declaration that the acts and Omissions described herein Violate his rights under the Constitution and laws of the United States, and

19. A preliminary and permanent injunction ordering defendants Board of Supervisors, Warden Rushing, ~~and~~ Victor Mason, Thomas, and Heavyweight Solve the Overall barbaric Conditions of Confinement and to cease the Misuse of force & encouraging the misuse of force and threats of death toward the plaintiff, and

20. Granting Plaintiff Watkins Compensatory damages in the amount of $ 100,000 each, against defendants Board of Supervisors, Rushing, and Mason jointly and Severally.

21. Granting Plaintiff Watkins Compensatory damages in the amount of $ 50,000 each, against defendants Thomas and Heavyweight jointly and Severally

22. Granting Plaintiff Watkins Compensatory damages in the amount of $ 15,000 against defendant Mason

23. Plaintiff seek punitive damages in the amount of $ 150,000 each, against defendants Board of Supervisors, Rushing and Mason jointly and Severally